```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CLAUDIA DAVIS,

                Plaintiff,                      ORDER

        - against -                             21 Civ. 4668 (NRB)

WHOLE FOODS MARKET GROUP, INC., and
"JOHN DOE, INC" I-X, THEIR NAMES
BEING FICTITIOUS AND CURRENTLY
UNKNOWN,

                Defendants.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS on January 21, 2022, Sonin & Genis, LLC, counsel for plaintiff Claudia Davis, filed a motion to withdraw as counsel; and

WHEREAS plaintiff and defendant both received notice of the motion and did not file objections; and

WHEREAS on February 17, 2022, a teleconference was held on notice; it is hereby

ORDERED that the motion of Sonin & Genis, LLC to be relieved as counsel for plaintiff is granted; and it is further

ORDERED that Sonin & Genis, LLC has a retaining lien in the amount of $761.25, but existence of that lien shall not operate to prevent plaintiff or successor counsel from obtaining the file; and it is further

ORDERED that Sonin & Genis, LLC has a charging lien in this matter, the amount of which will be determined at the conclusion of the case.

Dated:   New York, New York
         February 18, 2022

                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE