```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CLAUDIA DAVIS,

                Plaintiff,                      ORDER

        - against -                             21 Civ. 4668 (NRB)

WHOLE FOODS MARKET GROUP, INC., and
"JOHN DOE, INC' I-X, THEIR NAMES
BEING FICTITIOUS AND CURRENLTY
UNKNOWN,

                Defendants.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the undersigned should not have accepted the assignment of this case in the first instance; it is hereby

**ORDERED** that the Order entered on February 18, 2022 is withdrawn without prejudice to the refiling of the application to be relieved before the judge to whom this case will be reassigned.

Dated:   New York, New York
         May 9, 2022

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE