UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA DAVIS,

           Plaintiff,

– *against* –

WHOLE FOODS MARKET GROUP, INC.,

           Defendant.

**ORDER**

21 Civ. 4668 (ER)

Ramos, D.J.:

    This case was reassigned to Judge Edgardo Ramos on May 10, 2022. Accordingly, the parties are directed to submit a status letter on consent by May 17, 2022.

    SO ORDERED.

Dated:  May 10, 2022
          New York, New York

                                                Edgardo Ramos, U.S.D.J.