UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA DAVIS,

                Plaintiff,

– against –

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

**ORDER**

21 Civ. 4668 (ER)

R‍AMOS, D.J.:

    Robert Genis, counsel for plaintiff Claudia Davis, filed a motion to withdraw as counsel on January 21, 2022. Doc. 17. Judge Naomi Reice Buchwald, who presided over the case at that time, granted the motion but then recused from the case and withdrew the order. Doc. 22.

    Having reviewed the motion and accompanying documents, the Court hereby grants the motion to withdraw. Genis has a lien on this matter in an amount to be determined at the conclusion of the case.

    A status conference is scheduled for June 3, 2022 at 10:00 a.m. The conference will be held telephonically. The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted.

    Genis is directed to (1) serve this order on the plaintiff via certified mail return receipt requested as well as by email if the client has an email address; (2) advise the plaintiff of the status conference date; and (3) direct the plaintiff to have new counsel appear at the status conference or to appear pro se. Genis shall file an affirmation on the docket once such notice has been served.

    The Clerk of Court is respectfully directed to terminate Robert Genis as counsel for the plaintiff.

2

SO ORDERED.

Dated: May 12, 2022
New York, New York

_____
Edgardo Ramos, U.S.D.J.

2