UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA DAVIS,

                Plaintiff,

– *against* –

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

**ORDER**

21 Civ. 4668 (ER)

Ramos, D.J.:

       Robert Genis, counsel for plaintiff Claudia Davis, filed a motion to withdraw as counsel on January 21, 2022. Doc. 17. The Court granted the motion to withdraw on May 12, 2022. Doc. 27. Davis subsequently requested that the Court order Genis to turn over her case file, and the Court denied the request on May 31, 2022. Docs. 28; 29. However, Genis submitted a subsequent letter that same day explaining that he had informed Davis that he no longer required any payments at this juncture and that she could arrange for pickup of the file from his office and reimburse any expenses at the conclusion of her case. Doc. 30. Davis responded to the Court's order, Doc. 29, and Genis's letter, Doc. 30, in a letter dated June 6, 2022 and confirmed that Genis had in fact informed her of this, but only on the condition that she sign an acknowledgement that Genis is entitled to reimbursement of expenses and has a lien for fees on the case, both of which are to be paid at the conclusion of the case. Doc. 33. Davis provided a copy of Genis's email from May 25, 2022 stating as such. *Id.* at 33. Davis argues that she is not legally required to sign such an acknowledgement, in particular because the expenses have not been documented. *Id.* at 4.

       Having reviewed these letters, the Court orders as follows:

    1) Genis is ordered to itemize the pending expenses and provide the same to Davis.

2) If Davis wishes to receive her case file, she must sign the acknowledgement.

3) As Davis has expressed difficulty in arranging pickup of the file, Genis is directed to mail the case file to Davis's current address. Genis may add the shipping expenses to the itemized expenses.

SO ORDERED.

Dated: June 9, 2022
        New York, New York

                                                     Edgardo Ramos, U.S.D.J.