UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA DAVIS,

           Plaintiff,

– against –

WHOLE FOODS MARKET GROUP, INC.,

           Defendant.

**ORDER**

21-cv-4668 (ER)

Ramos, D.J.:

    This case was removed from New York Supreme Court, New York County, on May 25, 2021. Doc. 1. The parties proceeded to discovery. On July 18, 2022, the Court directed the parties to continue to meet and confer and exchange discovery. Doc. 41. It further made clear that any disputes that were ripe for judicial intervention were to be submitted to the Court in accordance with its individual practice rules. *Id.*

    More than one year has elapsed since the Court's order directing the parties to meet and confer and exchange discovery.

    By Monday, August 21, 2023, the parties shall submit letters providing the Court with their positions regarding the current status of the case. Davis is reminded that failure to prosecute or comply with the Court's orders may result in dismissal. Fed. R. Civ. P. 41(b). It is SO ORDERED.

Dated:  August 9, 2023
          New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.